# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DI'JON STOCKER,

        Plaintiff,

vs.

STATE OF NEVADA EX REL. NEVADA DEPARTMENT OF CORRECTIONS, et al.

        Defendants.

Case No. 3:24-cv-00042-ART-CSD

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff, Di'Jon Q. Stocker, in pro se, and Interested Party, Nevada Department of Corrections, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Jeffrey D. Whipple, Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this __L|__ day of January, 2025.

_____
DI'JON Q. STOCKER
*Plaintiff*

DATED this 31st day of December, 2024

AARON D. FORD
Attorney General

By: __/s/Jeffrey Whipple__
    JEFFREY D. WHIPPLE, Bar No. 16346
    Deputy Attorney General
    *Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: February 14, 2025

1